J. Wallace Wakem, appellee, v. Aaron Bodenweiser, appellant. Gen. No. 32,098.

Action on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Freeman L. Fairbank, Judge, presiding. Heard in the first division of this court for the

first district at the October term, 1927. Affirmed. Opinion filed December 27, 1927. Rehearing denied January 9, 1928.

William Friedman, for appellant. G. T. Graham, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.